**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                             CASE NO. 8:10-CR-498-T-EAK-TBM

CEDRIC RECHE ALLEN
_____/

**ORDER**

This cause comes before the Court on the defendant's motion to correct the presentence report (Doc. 88) and the response thereto (90). The Court has reviewed the motion and response and finds the response well-taken. The Court incorporates the response by reference herein. Accordingly, it is.

**ORDERED** that motion to correct the presentence report (Doc. 88) be **denied**

**DONE AND ORDERED** in Chambers in Tampa, Florida this 21st day of January, 2015.



Copies furnished to: All Counsel of Record